**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LILLIAN ELLIOTT, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS, INC.<br><br>Defendant. | Case No. 2:23-cv-01417-MCE-AC<br><br>Assigned to the Hon. Morris C. England, Jr.<br>Courtroom 7<br><br>**ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO FILE A BRIEF IN EXCESS OF THE PAGE LIMIT AND TO EXTEND THE BRIEFING SCHEDULE ON CONAGRA'S MOTION TO DISMISS** |

**CONSIDERING** the Joint Motion for Administrative Relief to File a Brief in Excess of the Page Limit and to Extend the Briefing Schedule ("Motion for Excess Pages and Extension of Briefing Schedule") filed on behalf of Plaintiff Lillian Elliott and Defendant Conagra Brands, Inc. (collectively, the "Parties") and for good cause shown:

The Court **HEREBY ORDERS THAT** that the Parties' Joint Motion for Excess Pages and Extension of the Briefing Schedule is **GRANTED.** Defendant Conagra Brands, Inc. and Plaintiff Lillian Elliott are allowed a 5 page extension to file a brief in support of a motion to dismiss and a brief in opposition to the motion to dismiss, respectively. Defendant is hereby permitted to submit a brief in support of its re-filed motion to dismiss not to exceed 25 pages in length, and Plaintiff is hereby permitted to submit a brief in opposition to Defendant's motion to dismiss not to exceed 25 pages in length, both exclusive of the caption, table of contents, table of authorities, and signature block.

Further, Plaintiff Lillian Elliott shall have to and including November 2, 2023 to file her opposition to Conagra's motion to dismiss, and Defendant Conagra Brands, Inc. shall have to and including December 4, 2023 to file its reply in support of its motion to dismiss.

IT IS SO ORDERED.

DATED: October 13, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE