**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LILLIAN ELLIOTT, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CONAGRA BRANDS, INC.,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-01417-MCE-AC<br><br>CLASS ACTION<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENT**<br><br>Judge: Hon. Morrison C. England, Jr. |

1       Before the Court is a Request to Seal Document that was submitted by Plaintiff Lillian
2 Elliott ("Plaintiff") in connection with Plaintiff's First Amended Complaint.  Having considered
3 the Request and the proposed document to be filed under seal, the Court concludes that
4 compelling reasons exist to seal the document. Accordingly, the Court hereby **GRANTS**
5 Plaintiff's Request to Seal Plaintiff's unredacted First Amended Complaint.  That unredacted
6 document shall remain sealed for a period of not later than one year following the date this Order
7 is electronically filed.  Should the parties believe further sealing is warranted, they may file a
8 request to extend this sealing period prior to its expiration.
9       IT IS SO ORDERED.
10 Dated:  July 16, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE