# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN ELLIOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>CONAGRA BRANDS, INC.,<br><br>    Defendant. | Case No.:   2:23-cv-01417-DJC-AC<br><br>**ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO FILE A BRIEF IN EXCESS OF THE PAGE LIMIT AND TO EXTEND THE BRIEFING SCHEDULE ON CONAGRA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

CONSIDERING the Joint Motion for Administrative Relief to File a Brief in Excess of the Page Limit and to Extent the Briefing Schedule ("Motion for Excess Pages and Extension of Briefing Schedule") filed on behalf of Plaintiff Lillian Elliott and Defendant Conagra Brands, Inc. (collectively, the "Parties") and for good cause shown:

The Court HEREBY ORDERS THAT that the Parties' Joint Motion for Excess Pages and Extension of the Briefing Schedule is GRANTED. Defendant Conagra Brands, Inc. and Plaintiff Lillian Elliott are allowed a 5-page extension to file a brief in support of a motion to dismiss the

First Amended Complaint and a brief in opposition to the motion to dismiss, respectively. Defendant is hereby permitted to submit a brief in support of its forthcoming motion to dismiss not to exceed 25 pages in length, and Plaintiff is hereby permitted to submit a brief in opposition to Defendant's motion to dismiss not to exceed 25 pages in length, both exclusive of the caption, table of contents, table of authorities, and signature block. The briefing schedule for Conagra's anticipated motion to dismiss the First Amended Complaint shall be as follows:

1. Defendant shall file its motion to dismiss no later than August 26, 2024 and shall notice said motion for hearing on November 14, 2024 at 1:30 PM in Courtroom 10 before District Judge Daniel J. Calabretta;

2. Plaintiff shall file her opposition to Defendant's motion to dismiss no later than September 25, 2025;

3. Defendant shall file its reply in support of its motion to dismiss no later than October 25, 2024; and

4. The parties shall file a joint status report pursuant to this Court's Initial Case Management Order, ECF No. 47, within twenty-eight (28) days after the Court's ruling on Defendant's forthcoming motion to dismiss.

IT IS SO ORDERED.

Dated: July 23, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE